UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER LOWERY, DAROLD HINES<br><br>                     Plaintiffs,<br><br>– Versus –<br><br>STATE OF LOUISIANA, DEPARTMENT OF CORRECTIONS; JAMES LEBLANC, in his official capacity as Secretary of the Department of Corrections; and DARREL VANNOY, in his official capacity as Warden of the State Penitentiary at Angola.<br><br>                     Defendants. | NUMBER: 3:17-cv-00683<br><br>JUDGE: SHELLY DICK<br><br>MAGISTRATE JUDGE: ERIN WILDER-DOOMES |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Christopher Lowery and Darold Hines ("Plaintiffs") and Defendants the State of Louisiana, Department of Corrections; James LeBlanc; and Darrel Vannoy ("Defendants"), respectfully submit this Notice of Settlement, and inform the Court as follows:

1. As of this week, Plaintiffs' counsel and Defendants' counsel have reached an agreement to resolve Plaintiffs' claims against Defendants.

2. Defendants have authorized this agreement.

3. Plaintiff Christopher Lowery has authorized this agreement.

4. Because Plaintiff Darold Hines is incarcerated at Angola, his counsel has not yet been able to obtain his approval for the agreement.

5. Mr. Hines' counsel is making every effort to discuss the settlement agreement with Mr. Hines as soon as practically possible.

6. The parties are in the process of finalizing a settlement agreement and anticipate filing a Notice of Dismissal with the Court upon its execution.

Respectfully Submitted,

*/s/ Bruce Hamilton*
Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628 | Fax: (504) 613-6511
Email: bhamilton@laaclu.org

*AND*

Mary Ellen Roy, La. Bar No. 14388
Ashley J. Heilprin, La. Bar No. 34928
ACLU Foundation of Louisiana
Cooperating Attorneys

PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Fax: (504) 568-9130
Email: roym@phelps.com
heilpria@phelps.com
*Counsel for Darold Hines*

**/s/ *Scott L. Sternberg***
Scott Sternberg, La. Bar No. 33390
Sternberg, Naccari & White, LLC
643 Magazine Street | Suite 402
New Orleans, Louisiana 70130
Telephone: (504) 324-2141 | Fax: (504) 534-8961
Email: scott@snw.law

*Counsel for Christopher Lowery*

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
General Counsel
LA Department of Public Safety
And Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:    (225) 342-6728
Facsimile:    (225) 342-3278
Email: jvining@corrections.state.la.us

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated :  March 1, 2018    <u>/s/ *Bruce Hamilton*</u>
                Bruce Hamilton