# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER LOWERY,
DAROLD HINES

                  Plaintiffs,

    – Versus –

STATE OF LOUISIANA,
DEPARTMENT OF CORRECTIONS;
JAMES LEBLANC, in his official
capacity as Secretary of the Department
of Corrections; and DARREL
VANNOY, in his official capacity as
Warden of the State Penitentiary at
Angola.

                Defendants.

NUMBER: 3:17-cv-00683

JUDGE: SHELLY DICK

MAGISTRATE JUDGE: ERIN
WILDER-DOOMES

---

## JUDGMENT

---

Considering the Parties' *Joint Motion for Dismissal* filed in the above captioned matter:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this _____ day of _____, 2018.


_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA