# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER LOWERY, DAROLD HINES Plaintiffs,

– Versus –

STATE OF LOUISIANA, DEPARTMENT OF CORRECTIONS; JAMES LEBLANC, in his official capacity as Secretary of the Department of Corrections; and DARREL VANNOY, in his official capacity as Warden of the State Penitentiary at Angola.

Defendants.

NUMBER: 3:17-cv-00683

JUDGE: SHELLY DICK

MAGISTRATE JUDGE: ERIN WILDER-DOOMES

## JUDGMENT

Considering the Parties' *Joint Motion for Dismissal* filed in the above captioned matter:

**IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 25 day of April, 2018.

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA